FILED SEP 8 '22 PM 3:42 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE

## Southern District of Alabama

## Mobile Division

| | |
|---|---|
| Gregory D Dixon II | Case No. 22-CV-353-CG-N |
| Plaintiff | |
| V | |
| | Bench Trial Requested |
| HCSG East, LLC | |
| Andre D Christian, | |
| Valerie Johnson, | |
| Defendant | |

## COMPLAINT

### PRELIMINARY STATEMENT

This is an employment-related action for violations of the Plaintiff's civil rights and other rights granted under the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e to 2000e-17 et seq. ("Title VII") and Rehabilitation Act of 1973, in that the Plaintiff was discriminated against and civil rights was violated, and negligence of one or more co-defendant's led to a violation of 18 U.S.C § 111 in which led to a hostile work environment and the Plaintiff was physically assaulted.

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 29 U.S.C. § 701, Rehabilitation Act of 1973; 28 U.S.C. §§ 1331 and Civil Rights Act of 1964, Title VII.

2. This Court has jurisdiction pursuant to 33 U.S. Code § 905.

1

3. The unlawful employment practices alleged below were committed and/or executed by supervisory personnel of HCSG East, LLC ("the employer") along with the other listed defendants. The claims arise from events that took place in the 'kitchen section' of Lynnwood Nursing Home, where Plaintiff was employed as a 'cook', and was harassed and physically assaulted based on his perceived or actual disability.

4. The assault happened at a facility in which in part (where the Plaintiff and Co-Defendants who participated directly in the harassment worked), is staffed and the employees are employed by HCSG East, LLC.

5. The pro se Plaintiff, Gregory Dixon, is an adult individual who has a mailing address of 106 Olympic Cr. Ocean Springs, MS 39564.

6. The Plaintiff's email address is: dixong800@yahoo.com. His phone number is: 228-334-6447.

7. From February 22nd, 2022, to May 5th, 2022, Plaintiff held the title of Line Cook for HCSG East, LLC, at Lynnwood Nursing Home located at 4164 Halls Mills Rd in Mobile, AL 36693.

8. The Defendant, Andre Christian, is a former employee of HCSG East, LLC, and performed duties for the employer before, on, and after May 5th 2022. André Christian is a adult individual residing at **972 State St #A Mobile, AL 36603.** Andre Christian's phone number is unknown by the Pro Se Plaintiff.

9. At all relevant times, Valerie Johnson was Supervisor working for HCSG East, LLC Kitchen Staff at Lynnwood Nursing Home located at **4164 HALLS MILL ROAD, Mobile, AL 36693.** The Plaintiff requests this address is used for Valerie Johnson for the record. The co-defendant Valerie Johnson's cell phone number is/was **251-654-2006** during the relevant dates mentioned.

10. The Co-Defendant HCSG East, LLC engages in commerce for the purposes of Rehabilitation Act and Title VII, and qualifies as an employer within the meaning of the statute and regulations at issue in this case. The Registered Agent is **Corp Service Co.** located at **641 South Lawrence St. Montgomery, AL 36104**. HCSG East, LLC phone number is **(609) 963-4022**

## STATEMENT OF FACTS

11. On February 22nd, 2022 Plaintiff began employment with HCSG East, LLC at Lynnwood Nursing Home as a part-time cook.

12. On April 15th, 2022 the Plaintiff was harassed and verbal threatened by Debra Davis, the live-in-girlfriend of Andre Christian, in the presence of Valerie Johnson.

13. On April 16th, 2022 the Plaintiff informed Valerie Johnson through text message of the harassment, after arriving to work and being threatened and harassed by Debra Davis for the second consecutive day.

14. On May 5th 2022 at approximately 6:20 PM, the Plaintiff was performing duties at Lynwood Nursing Facility for HCSG East, LLC as a Cook in 'the kitchen section' where HCSG East, LLC works on a daily bases.

15. On May 5th 2022 at approximately 6:20 PM the Plaintiff was physically assaulted by Co-Defendant Andre Christian (in the kitchen section) in which the co-defendant without legal or reasonable provocation, physically assaulted The Plaintiff putting him in a chokehold for more than 10 seconds. The Plaintiff suffered neck injuries as a result of Andre Christian's attack.

16. The Plaintiff has a history of fighting anxiety and depression, and was disabled receiving Social Security in 2012-2014 from The State of Mississippi after suffering a mental breakdown.

**The Plaintiff alleges that based on his perceived disability or history of disability, he was discriminated against as follows:**

17. On Saturday April 10th 2022 the Plaintiff through text message sent Valerie Johnson a link to a 'documentary' video made by the Plaintiff on the Plaintiff's YouTube Channel. In the video the Plaintiff clearly states his history with dealing with anxiety and depression.

18. From April 13th, 2022 to May 5th, 2022, at various times the Plaintiff was verbally assaulted by Andre Christian, Debra Davis, and other employees of HCSG East, LLC in which the employees would call the Plaintiff crazy, belittle the Plaintiff constantly and make repeated subliminal or direct verbal threats, to cause physical harm to the Plaintiff.

19. From April 13th, 2022 to May 5th, 2022, at various times Ms. Davis, Mr. Christian, and other employees of HCSG East, LLC would make false, unknown claims that caused severe damage to the Plaintiff's mental state, including accusing the Plaintiff of taking illegal drugs and telling the Plaintiff that he never showered or bathed. The Co-defendants would repeat these accusations every time the Plaintiff was working, throughout the entire time the Plaintiff was performing his work duties.

## EXHAUSTION OF ADMINISTRATIVE AND FEDERAL REMEDIES

20. The Plaintiff made several attempts to rectify the harassment with Co-Defendants and HCSG East, LLC Supervisor Valerie Johnson, and The Plaintiff alleges he never saw any corrective action administered by HCSG East, LLC Supervisor Valerie Johnson.

21. On April 13th, 2022 Plaintiff complained to Valerie Johnson about the harassment and discrimination the Plaintiff was facing.

21. On April 15th, 2022 the Plaintiff was verbally threatened and harassed by Ms. Davis in the presence of Valerie Johnson. Due to the fact that HCSG East, LLC staff was separated from Lynnwood (The Nursing Home) staff, Valerie Johnson was the Supervisor and representative of HCSG East, LLC to report the harassment to, known by The Plaintiff.

22. On April 15th, 2022 the Plaintiff approached Valerie Johnson and told her of the ongoing harassment, asking for Valerie Johnson to take some action to stop it.

23. On April 16th, 2022 the Plaintiff through text message told HCSG East, LLC Supervisor Valerie Johnson about the harassment he experienced from Debra Davis and others when he arrived to work.

24. The Plaintiff alleges that the harassment was structured and organized, being verbally attacked at times by more than 1 HCSG East, LLC employees at the same time. Due to this fact, and Valerie Johnson being present during the harassment and being told on several occasions of the harassment, the Plaintiff reasonably considered that HCSG East, LLC Supervisor Valerie Johnson was a participant of the harassment.

25. The Plaintiff filed a discrimination claim with the EEOC on May 11th (charge #425-2022-01081). The EEOC issued a Right to Sue Letter on August 31st, 2022.

## NO JURY DEMAND

27. The Plaintiff herein hereby requests a bench decision on all issues in this action

## Certification and Closing Under Federal Rule of Civil Procedure

28. Certification and Closing Under Federal Rule of Civil Procedure 11, by signing below, The Plaintiff certifies to the best of his knowledge, information, and belief that this complaint:
(1) is not being pursued for an improper cause, such as to harass, cause delay, create debt, or needlessly increase the litigation costs; (2) is supported by existing US or Alabama law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if so identified, will have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## REMEDIES AND RELIEF

Actions by the Defendant has caused irreversible pain, damage, and destruction to the Plaintiff's personal life, character, and mental state. The Plaintiff's credit was destroyed, and faces possible eviction and catastrophic financial loss.

Plaintiff seeks appropriate remedies, pecuniary and non-pecuniary, including but not limited to lost wages from May 5th, 2022 to present; out of pocket medical expenses incurred from May 5th, 2022 to present; future medical, punitive and compensatory damages in the amount of **$80,000**; and a non-attorney fee of **$3,000**.

WHEREFORE, the Plaintiff respectfully requests that the Court enter judgment in his favor and against the Defendants.

Respectfully Submitted,

Date:  September 8th, 2020                    Gregory D Dixon, Pro Se



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Philadelphia District Office
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/31/2022

To: Mr. Gregory D. Dixon II
106 Olympic Cr
WINDSOR PARK, MS 39564
Charge No: 425-2022-01081

EEOC Representative and Legal Unit telephone number:

267-589-9707

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 425-2022-01081.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
08/31/2022

Karen McDonough
Deputy District Director

Gregory D Dixon II
14806 Lemoyne Blvd Apt. 202 A
Biloxi, MS 39532

GREGORY DIXON
(228) 334-6447
THE UPS STORE #4726
STE L
3586 SANGANI BLVD
DIBERVILLE MS 39540

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 07 SEP 2022

SHIP US DISTRICT COURT
TO:  155 ST JOSEPH ST

MOBILE AL 36602-3683

AL 366 0-60

UPS GROUND
TRACKING #: 1Z 9R4 3F2 03 8652 1104

BILLING: P/P

ISH 13.00F ZZP 450 33.5V 08/2022

121

US District
155 St. Joseph
Mobile, AL 366



P:RED  S:RED
PHIL-5690
1104
US DISTRICT COURT
155 SAINT JOSEPH ST
MOBILE AL 36602